ORIGINAL RECEIVED OCT 18 2012 PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TRIAL BY JURY

CV 12 542

AMON, CH.J.

DANIELLE BITON, BITTON, MARCELLE BITON, CHARLENE MICHELLE BITON, KRISTY ALEXIS TIGRESS REDFORD, CRYSTAL & SAPHYRE, Plaintiff,

vs. — municipal corporation,

AVENTURA, FLORIDA MAYOR GOTTLIEB, MARYMOUNT MANHATTAN COLLEGE, US Attorney GENERAL ERIC HOLDER, PRIME MINISTER OF ENGLAND, ACLU, PRESIDENT BARACK OBAMA, VP BIDDEN, QUEENS DISTRICT ATTORNEY BROWN, ATTORNEY GENERAL FOR THE NETHERLANDS, COMMONWEALTH OF VIRGINIA ATTORNEY GENERAL, COMMONWEALTH OF MASSACHUSETTS ATTORNEY GENERAL, ATTORNEY GENERAL FOR MARYLAND, Eddie FISHBAUM, Ms. FISHBAUM, ISRAEL FISHBAUM, ARIE FISHBAUM, BRUCE REZNICK, FISHBAUM ESTATE, R. GROSS DAIRY KOSHER RESTAURANT, MR. BROADWAY, TRIBECA FILM FESTIVAL, TRIBECA ASSOCIATION, THE POPE, ATTORNEY FOR THE VATICAN, VATICAN ESTATE, BANK OF THE POPE/VATICAN, PRIME MINISTER OF ITALY, MAFIA FROM SICILY VIA ROBERT DENEIRO AFL-CIO ET AL, MAFIA FROM UA UNIONS VIA STEVEN RAPIST ECKERBERG ET AL, COMMUNITY BOARD ONE, JULIE MENIN, MARGARET CHEN, SENATOR DANIEL SQUADRON, SENATOR NYDIA VELASQUEZ, DENNIS VAACO, GREENWICH STREET CONDOMINIUM ASSOCIATION, WEINSTEIN PRODUCTIONS, MIRAMAX, PORT AUTHORITY NY/NJ, DEP, EPA, ECB, COMMUNITY BOARD TWO, CHRISTINE QUINN, PRESIDENT OF COUNCIL, TURNBERRY CASINO AND CONDOMINIUM ASSOCIATION, JOE TURCO, RALUCA LIPPERT, MICHAEL LIPPERT, CHILD SUPPORT ENFORCEMENT, ROBERT FRASER, ROCKEFELLER DRUG LAWS, DUPONT, DONALD TRUMP, TRUMP CASINOS, HOTEL/RESTAURANT UNION ASSOCIATIONS, HILTON, MARIOTT, RITZ CARLTON, RUTH ECKDISH, SOCIAL SECURITY, IAD, BWI, DCA, JFK, LGA, EWR, UNIFIED COURT SYSTEM OF NY, GOVERNOR ANDREW CUOMO, MARIO CUOMO JR., BANK BELONGING TO CUOMO FAMILY, CUOMO ESTATE, DEUTCH BANK, SENATOR GILLIBRAND, SENATOR CHARLES SHUMER,

ATTORNEY GENERAL UK & COMMONWEALTH TERRITORIES, GOVERNMENT OF CAYMAN ISLANDS, GOVERNMENT OF BAHAMAS, GOVERNMENT OF ARUBA, GOVERNMENT OF MEXICO, GOVERNMENT OF CANADA, NAFTA, PRESIDENT BILL CLINTON, EASTBANK, TAIWAN, REPUBLIC OF CHINA, GOVERNMENT OF SWISS BANKS, GOVERNMENT OF SWITZERLAND, GOVERNMENT OF LUXEMBOURG, UK REVENUE & CUSTOMS, NATIONAL INSURANCE CONTRIBUTIONS & EMPLOYER OFFICE, US IRS, AARONSON RAPPAPORT FEINSTEIN DEUTCH, DEPARTMENT OF TAXATION FOR THE STATE OF NY, MORGAN MELHUISH ABRUTYN, DEPARTMENT OF TAXATION FOR THE STATE OF MD, DEPARTMENT OF TAXATION FOR THE STATE OF ILLINOIS, SANDY BECHER, SUPREME COURT OF FLORIDA, COURT OF APPEALS ALBANY NY, NY PARKING BUREAU, UNITED STATES CONGRESS, BOARD OF ELECTIONS, GENE KESSLER, NY MENTAL HEALTH, NY CORRECTIONS, ATTORNEY GENERAL FOR THE STATE OF ILLINOIS, NYU, SUNY, JOHN DOE, JANE DOE, SECRETARY OF STATE HILLARY RODHAM CLINTON, RICHARD WOLFE, CATHERINE O'HAGAN WOLFE, CHIEF JUDGE LORETTA A. PRESKA, NATO, INTERPOL, EUROPEAN UNION, CARL ICAHN, LINDSAY FRIEDFERTIG, ANN FRIEDFERTIG, STEVE THE CHILD RAPIST FRIEDFERTIG, JAMES HUBBARD, MR. TURNER, MR. MOSKOWITZ CPA FOR MR. TURNER, RED FOX INN, HUBBARD ESTATE, LISA HUBBARD, JEFFREY HUBBARD, DEE DEE HUBBARD, SIN CAVAGE, COMMONWEALTH OF VIRGINIA JUDGE FOR THE CASE OF THE PEOPLE FOR THE COMMONWEALTH OF VIRGINIA VS DEANDRE HUBBARD, DARNAY HOFFMAN, ESTATE OF DARNAY HOFFMAN, ESTATE OF MAYFLOWER MADAM, CHARLES CARROL, HSBC OF CHINA, CLINTON FOUNDATION, SENATORS OF THE ENTIRE STATE OF NY, DEPARTMENT OF INSURANCE FOR THE STATE OF NY, DEPARTMENT OF

ZONING FOR THE STATE OF NY, DEPARTMENT OF MOTOR VEHICLES FOR THE STATE OF NY, DEPARTMENT OF MOTOR VEHICLES FOR THE STATE OF NEW JERSEY, DEPARTMENT OF MOTOR VEHICLES FOR THE STATE OF FLORIDA, DEPARTMENT OF VEHICLES FOR CALIFORNIA, JIMMY CARTER FOUNDATION, UNITED STATES VETERANS, UNITED STATES ARMED FORCES, EUROPEAN UNION, EUROPEAN UNION COMMISSIONER, EUROPEAN UNION COURT, DR. AMIR KUTLER, MARK ALEXANDER CHAPMAN, KENYAN & KENYAN, ATTORNEY GENERAL OF GREAT BRITAIN, AND HER ROYAL MAJESTY'S COMMONWEALTH TERRITORIES, ATTORNEY GENERAL OF IRELAND, ATTORNEY GENERAL OF SCOTLAND, PIMPLETON DEBVOISE LAW FIRM, FRANK LIVOTTI, LINDSAY HENRY, GULOTTA, SENATOR LINDSAY GRAHAM, BAA (BRITAIN AIRPORT AUTHORITY), CHURCH OF MORMON, MARIA GORDIAN, HOMELAND SECURITY UK, BROADWAY ATTORNEY MR. DANKBERG, MARIA MELENDEZ, SIDLEY AUSTIN LLP, HOMELAND SECURITY UK, HOMELAND SECURITY US, BROWARD COUNTY MUNICIPAL FLORIDA, MIAMI-DADE COUNTY MUNICIPAL FLORIDA, SUNNY ISLE FLORIDA, TWO FUCKING EVIL BASTARD MEN FROM ISRAEL WHO ARE ALLOWED TO RAPE CHILDREN CAUSE THEY FUCK THE JUDGE'S DAUGHTER PINHAS & COLBY ZACHERY, BIOMETRICS DIAGNOSTICS FOR HOMELAND SECURITY, PALM BEACH MUNICIPAL FLORIDA, COMMISSIONER OF THE STATE OF FLORIDA, SENATOR GWEN MARGOLIS WHO GETS IT IN THE ASS COMPLIMENTS OF BILLY HILLARY CLINTON, STEVEN ALEXANDER, PALM BEACH SHERIFF, DEA, CIA, NSA, CARLA KATHLEEN ALEXANDER, AMERICAN EXPRESS, TIME WARNER, MASTER CARD, VISA CARD, BARNES AND NOBLES, JOSEPH LO, JANET CHANG, KEVIN MCKIRGAN, STEVEN ECKERBERG, AFL-CIO, AFA, ALPA, MAYOR MICHAEL BLOOMBERG, ROBERT DENEIRO, GRACE HIGHTOWER, WARNER BROTHERS,

MAYOR OF DENVER COLORADO, GOVERNOR OF COLORADO, GOVERNOR OF FLORIDA, WEINSTEIN PRODUCTIONS, GOVERNOR OF CALIFORNIA, GOVERNOR OF NJ, QUEEN'S CONGRESSIONAL DISTRICT FOR AIRPORT, HEATHROW HOUSLOW MIDDLESEX COUNCIL, COMMUNITY BOARD ONE, JULIE MENIN, DANIEL SQUADRON, MARK SEITTELMEN, PRESIDENT G.W. BUSH, UNITED CONTINENTAL AIRLINES, AMERICAN AIRLINES, CLEAR, ISRAEL PRIME MINISTER NETANYAHU, SOUTH KOREAN PRESIDENT, NORTH FORK BANK, CAPITAL ONE, WASHINGTON MUTUAL, WACHOVIA, CHICAGO BANK, BANK OF OMAHA, ATTORNEY GENERAL OF NEBRASKA, ATTORNEY GENERAL OF MICHIGAN, ATTORNEY GENERAL OF MINNESOTA, PRIME MINISTER OF INDIA, ISRAEL MILITARY DEFENSE SECURITY, CANADIAN CITIZEN & AMERICAN CITIZEN MR. ST. LAURENT, ATTORNEY GENERAL OF CANADA, FAA, DEPARTMENT OF TRANSPORTATION, GOVERNMENT OF MOROCCO, RABBI WHO FALSELY SWORE UNDER THE PENALTIES IN JERUSALEM ISRAEL FALSE WEDDING Certificate for Carla Alexander-Briton & Jacob Briton, Rabbinical Court of Jerusalem, ROYAL CARIBBEAN NORWEGIAN CARNIVAL CRUISE LINES, CUNARD, PETER MILLER, HOWARD STERN, DAVID GLAZER, UNITED JEWISH FEDERATION ASSOCIATION, KOSHER ASSOCIATION, CATHOLIC CHURCH INTERNATIONAL, SIDLEY AUSTIN LAW FIRM LLP, PARTNER MICHELLE OBAMA, ATTORNEY GENERAL FOR FRANCE, OUTDOOR CAPITAL SIGNAGES, WORLD BANK, WASHINGTON TRANSPORTATION METRO FOR DC-VA-MD, BEN BERNAKE, BANK OF AMERICA, FEDERAL RESERVE, BANK OF ENGLAND, INTERNATIONAL COURT OF HUMAN RIGHTS, UNITED NATIONS, CREDIT SUISSE, MET LIFE, PRUDENTIAL, ALLSTATE, KEANE & MARLOWE, COMMISSIONER MATTHEWS, FRANCE, MOROCCO, ATTORNEY GENERAL OF MOROCCO, SECURITY FOR GOVERNMENT OF MOROCCO,

ATTORNEY GENERAL FOR SPAIN, SPAIN, BANK OF MADRID, ATTORNEY GENERAL OF ISRAEL, GOVERNMENT OF PANAMA, PANAMIAN CORPORATION, BANK OF SCOTLAND, ISLE OF MAN, ISLE OF WIGHT, GOVERNMENT OF ARGENTINA, INTERNATIONAL COURT OF HUMAN RIGHTS, GOVERNMENT OF MAURITIAS, GOVERNMENT OF MADAGASCAR, GOVERNMENT OF JAPAN, BANK OF JAPAN, ELIZABETH HARRIS, CHARLES HARRIS, HARRIS OF ESTATE, NYPD, FDNY, VULCAN SOCIETY, SENATOR LINDSAY GRAHAM, GLAXOSMITH KLINE, PFISER (SPELLING) PHARMACUTICAL, DR. IRA FIENGOLD, MATTHEW ABOULAFIA, WILMER HILL-GRIER, FELIX NGATI, BANK OF NIGERIA, GOVERNMENT OF NIGERIA, ERIC & CARLIN ROTHSTEIN, NY BOARD OF ELECTIONS, PORT AUTHORITY NY/NJ, NAACP, ATTORNEY GENERAL FOR NJ, ATTORNEY GENERAL FOR COMMONWEALTH OF PENNSYLVANIA, FRANK COMPOSTO, CHASE AND LINDA LALANI, PARKING LOT MUNICIPAL CORPORATION OF NY, PARKING LOT MUNICIPAL CORPORATION OF MIAMI-DADE, MIAMI INTERNATIONAL AIRPORT, JANET RUSSO, JANET NAPOLITANO, GOVERNOR OF ARIZONA, ATTORNEY GENERAL OF ARIZONA, DISTRICT ATTORNEY OF WHITE PLAINS, ATTORNEY GENERAL FOR FLORIDA, JEFF SOFFER, DONALD TRUMP, TRUMP CONDOMINIUM, TRUMP TOWERS, TRUMP REAL ESTATE VENTURES, PALM BEACH POLO CLUB AND COUNTRY CLUB, MICHAEL RUBLOWSKI, FRANK COMPOSTO, MR. XIANG XIE, TURNBERRY ASSOCIATION, PARKER CONELLY & BOYD, BLUE CROSS AND BLUE SHIELD OF ILLINOIS, SECRETARY FOR THE ARMED FORCES, UNITED STATES NAVY SECRET SVC, AMEENA MEER, ATTORNEY GENERAL FOR THE STATE OF NEVADA, ATTORNEY GENERAL FOR THE STATE OF MICHIGAN, ATTORNEY GENERAL FOR THE STATE OF MINNESOTA, COOK COUNTY ILLINOIS, RAY LEVY, ENTIRE FAMILY OF MY MOTHER SIDE, ENTIRE FAMILY FROM MY FATHER SIDE, ENTIRE TRIBES OF ISRAEL,

ATTORNEY GENERAL FOR MINNESOTA, DEPARTMENT OF SANITATION, DEPARTMENT OF SEWER, ALOFT CORPORATE TRAVEL, UNITED STATES POST OFFICE, ROYAL POST OFFICE, CANADIAN POST OFFICE, COUNCIL COMMUNITY BOARD ONE, JULIE MENIN, DANIEL SQUADRON, SECRETARY OF STATE FOR DELAWARE, ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND, JOSEPH BITTON, SUSAN WOLIN, ROBERT WOLSHIN CPA, ANDREW GREENE CPA, GOLDMAN SACHS, BANK OF IRELAND, US MERCHANTS MARINES, STAPLES, TEACHERS UNIONS ASSOCIATION, FED EX KINKOS, STEVEN ECKERBERG, AFA, ALPA, SHUTTS & BOWEN, BOEING, AIRBUS, MCDONALD DOUGLAS, COMMISSIONER OF FRANCE, DULLES WASHINGTON AIRPORT, BWI, WASHINGTON, DC REGAN AIRPORT, BANK OF SCOTLAND, SOUTHWEST STUDENT SVCS, NASDAQ, NYSE, FIDELITY, JOHN CHARLES DIBBS, DANIELLE BITON, DANIELLE BITON, TRINITY CHURCH, CON EDISON, VERIZON, DOMINION GAS, ARMFIELD & MILLER PROPERTIES, GEORGE WHITE STORAGE, STATE FARM FIRE INSURANCE, Ms. SHEILA JOHNSON, BET, OPRAH WINFREY, HARPO CORPORATIONS, NY AIR NATIONAL GUARD, NY STATE POLICE, MILFORD MANAGEMENT, OGDEN MANAGEMENT, US GROSS BEEF CORPORATION, CHUBB INSURANCE, ALLSTATE, TRUSTEES FOR THE ESTATE OF CRYSTAL BITON, CREW MEMBERS AND PASSENGERS ONBOARD UAL FLT ON 9/11/2001 THAT I WAS THE CHIEF PURSER FOR, FLORIDA BIBLE CHURCH, MAIDENBAUM & FEINBERG LAWFIRM, MOSKOWITZ LAWFIRM, JUDGE PAUL FINEMAN, MARY JO MATTHEWS, BRITISH AVIATION ASSOCIATION, MAYOR ALVAREZ, MAYOR OF MIAMI FLORIDA, SIGNATURE BANK, BANK LEUMI, ROTHSCHILD BANK, BANK REPUBLIC OF CHINA, WEITZ & LUXENBERG, HANAN BITON, ESTHER BITON, JERUSALEM SUPREME COURT, BANK OF CANADA, OTTOWA SUPREME COURT, TRADE UNIONS ASSOCIATIONS, ASSERSON LAW FIRM, SHARON BROCK PALM BEACH COMMISSIONER, HUD, Mayer Fhima, FEMA, Red Cross, OBAMA HEALTHCARE,

EOC, NYSHESC, SECRETARY OF STATE, CORPORATIONS OF NY, JP MORGAN CHASE, MAYOR OF MIRAMAR FLORIDA, DETECTIVE ADCOCK, DIANE BROWN, AVENTURA POLICE DEPARTMENT, GAIL PRUDENTI,

Defendants.

I. 1. Plaintiff does not have a home address nor identity due to the GREYMAIL OF 19 OCTOBER 2005.

2. Defendants resider in different countries & jurisdictions.

II. The jurisdiction of the Court is invoked pursuant to GREYMAIL created on 19 October 2005 by both Federal, State, and International courts ruling in bad faith by violating my Constitutional human rights as well as Constitutional rights and by violating my due process in order to allow serious securities breaches. I was never a resident of neither Queens nor Brooklyn nor any of the other buroughs in the past 18 yrs. My identity has been stolen by the Board of Elections together with Kings County Brooklyn, Queens, NY, et al in order to illegally entrap me & my family. I signed the voter claim because I do not allow for no municipality no corporation no government no associations et al to claim what rightfully belongs to my mother.

We contest. I have the authority to speak for my mother, father, and sister by stating that no Muslim, no Jew, no Christian, no Catholic, No Mormon, no witch, no aethist, no unions, no associations and no Government had the authority nor the right to violate our human rights. What a wicked crime has been done against us in order for the US Government, Clinton Foundation et al to get away with committing crimes against humanity and by using our identities as scapegoats so that Clinton Foundation et al can give protection to bloody murderers.

III. I came to the US as a little girl. I am no longer a little girl. I was never deemed to be incompetent. When I was out of the US country and when I was living and residing and working in Her Royal Majesty's Queen Airport, I got set up by each and every named Defendants as well as by my own former employer United Continental Airlines together with their employees, unions, trades associations unions, Governors, municipalities, synagogues, churches, mosques, communities et al. I have been seriously deprived of my human rights from being the target of a serious false accusation of terrorism. I never committed no such act. Neither my mother, nor my father nor my sister never committed any acts against humanity nor against any Government, military, association. My mother CRYSTAL BITON is not incompetent. She never was. My mother has had her home, valuables, insurance claims, rights to life, liberty, freedom and happiness stolen from her by each and every named defendants et al who so far has used me in order to rob my mother. This I leave in the Almighty's hand to bring His punishment for crimes against an innocent woman and her two children. Neither my sister nor I allowed no union no lawyer no President no synagogue no rapist by the name of Steven Friedfertig and his association Jeff Soffer et al to use us to do what was planned, carried out, and conspired against our rights and against our will.

On October 13 & 14, 2009 when I was suppose to appear before the US Tax Court, I was shot at, I had my papers illegally stolen from me and I had been a target for James Hubbard, Lisa Hubbard, Dee Dee Hubbard, AFL-CIO et al. I was threatened with my life, my mother's life, my sister's life, my father's life. Terrorists threats were made and committed against us. We contest. When I left England to come to the US (when I did not know about the illegal criminal actions that both UK & US have conspired against me and my family), I came to see Dr. Ira Feingold. Everything that I owned in worldly possessions were illegally confiscated by BAA. Not only did BAA illegally withhold my possessions, but as well that what belongs to my mother. I never consented nor authorized neither BAA nor UK Her Royal Majesty's Customs to illegally seize what rightfully belongs to my mother due to each and every single named Defendants stealing from my mother by using my identity. I contest.

I have left England with no bra, no panti, no sock, no toothbrush, no perfume, no shoes, no clothes, no unpaid taxes, no fines, no bank account, no credit card, no certificates, no job, no health insurance, with false mental condition, no home, and without protections. I was never told what I have recently just discovered how easy it was for all defendants to lie, falsify, switch and steal by illegally claiming me mental.

I do not sue my mother, Crystal Briton, but rather the criminals behind illegally making my mother incompetent when she was put to the test of psychiatric evaluation and deemed by a competent psychiatrist to be quiet intelligent and capable of handling her own affairs. I have had illegal sanctions and penalties placed on my freedom, loss of credit, loss of work, loss of health care, loss of insurance, loss of capital gains, loss of pension, loss of stocks, loss of travel, loss of identity, due process, freedom of information, human rights, as well on my mother, sister, and father. I contest. We contest

IV. I demand at once that this illegal greymail be brought before a court where each and every named defendant could be tried and punished in a British Court of Law. I never was kept in US voluntarily but rather due to the US Attorney General, United Continental Holdings, Carla Kathleen Alexander, Robert DeNeiro, Elizabeth Harris, Mark Alexander Chapman, Kenyan & Kenyan, Frank Livotti, Lindsay Gulotta, Marian Marlowe, DEA agents (Marsha Gordian et al), Roskauer Rose, Eastbank, Joseph Lo, Steven Eckerberg, Staples, HSBC BRITAIN, Janet Chang, HSBC America, Bank of America et al illegally stealing my identity in order to violate my due process & human rights as well as stealing my mother's id, my sister's id, my father's id, and their due process & human rights illegally and unconstitutionally is being challenged and contested. Never did I commit a crime and never did my mother, sister, and father. We have all been illegally set up by each and every named defendants et al.

Bring the false charges and the greymail to a BRITISH COURT where I reserve my rights to hold each and every named defendants accountable along with religious associations who never had my consent nor acknowledgment of stealing my id in order to illegally prosecute me. There are no Moot decisions due to the conspiracies and illegal sabotages & obstruction of justice done here, in England, Jerusalem, worldwide. I Contest. Neither me nor my family are guilty of any wrongdoing. I demand from each and every named defendant to pay me back & my mother can be compensated from having to spend from her savings to see that I was not left for dead as each and every named defendants have done exactly that to my mother, sister, and father by violating our rights.

I demand at once US Attorney General et al to be held criminally responsible for crimes against humanity for every single day that my mother, sister, and father & I had to go

thru this unnecessary set of cruel circumstances. As well to release illegal seizure of property, penalties, sanctions, and due process violations. I do not have a bank account and I do not have one dollar to my name. It is impossible to pay for anything. Remove all false warrants on me & family & false mental tags.

18 October 2012
Camden ~~Coun~~ Courthouse Brooklyn NY

Danielle Brion
PO BOX 302
NY, NY 10013
(347) 392-8622